Dear
   Hon. Richard J. Arcara

My name is Robert Brown

Why is the government keep adjourn my case
My Arcara I have a life
I no I made a misstork ok
I did the time for it
I have grandkid's here for the summer and I can not see them it hurt's me. And my kid's I have a little gril she is 9 years old
I have not seen her in 152 day's
It make me cry everyday. I never been to jail I have not kill no one or I do not sell drugs me and some of my frineds was just partey
I have a 73 year old mother and I miss her I do not want nothing to happen to her and I am not home that will kill me if something do
I am mad for doing this to the court I am so sorry mr. Arcara
I am 53 years old I am very sick my self with diabetes.

Then I am Trying to get me A Job So I can save my house I have to Pay my Taxs on my house By Oct, 28 08 I will lose it Then I will have noting I am not A Bad Person I am A good guy I Just will like to go home to my famliy. I Thank that's wrong for the government keep Adjourn my case They Been do This for A year in A half That's wrong I no you will like to get this of your Docket. Mr. Arcara I Just will like to live my life you Told me From Day one you is Fair The government keep doing this That is not Fair Just Keeping me Jail I did my time
Thank you Mr Arcara
Robert Brown   I know you will do what's Best

Inmate Name (Printed): Robert Brown
Steuben County Jail
7007 Rumsey Street Ext.
Bath, New York 14810

15-cr-60 RH

Hon. Richard J. Arcara
United States Magistrate
2 Niagara Square
Buffalo, N.Y 14202-3350

14202-33509